**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2615**

———————————

DONALD E. ALLEN,

                              Plaintiff - Appellant,

        versus


THE BOARD OF COUNTY COMMISSIONERS FOR CECIL
COUNTY; GRAYSON L. ABBOTT, JR., individually
and in his official capacity; W. EDWIN COLE,
JR., individually and in his official capac-
ity; ALFRED WEIN, individually and in his
official capacity; ERIC S. SENNSTROM, individ-
ually and in his official capacity; SAMUEL L.
ORR, individually and in his official capac-
ity; DOUGLAS R. CAIN, individually and in his
official capacity; JOHN K. BURKLEY, individ-
ually and in his official capacity; JOHN
JUDWAY, individually and in his official
capacity; LESLIE FOSSETT, individually and in
his official capacity; KEITH A. BAYNES, indi-
vidually and in his official capacity,

                              Defendants - Appellees.


———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-95-714-
MJG)

———————————

Submitted: January 18, 1996        Decided: January 31, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

Donald E. Allen, Appellant Pro Se. Linda S. Woolf, Ian Gallacher, GOODELL, DEVRIES, LEECH & GRAY, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Allen v. Board of County Comm'rs, No. CA-95-714-MJG (D. Md. July 25, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED